IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN DAVID SICKLES | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv976 |
| STATE OF TEXAS | § | |

MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

John David Sickles, proceeding *pro se*, filed a "First Motion for Extension of Time to File '2254' Federal Writ of Habeas Corpus." The court referred the matter to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the matter be dismissed without prejudice for lack of subject-matter jurisdiction.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections were filed.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in accordance with the magistrate judge's recommendation.

So **ORDERED** and **SIGNED** this 6 day of **February, 2008.**

_____
Ron Clark, United States District Judge